In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-296 CR


 ______________________


 

JOHN ARNOLD DESHERLIA, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal From the 260th District Court 


Orange County, Texas


Trial Cause No. D-050420-R






MEMORANDUM OPINION


 John Arnold Desherlia entered a non-negotiated guilty plea to the state jail felony
offense of forgery. See Tex. Pen. Code Ann. § 32.21(d) (Vernon Supp. 2007). The trial
court convicted and sentenced Desherlia to two years of confinement in a state jail facility
of the Texas Department of Criminal Justice, Correctional Institutions Division.

 On appeal, Desherlia's counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On August 30, 2007, we granted an extension of time for the appellant to file
a pro se brief. We received no response from appellant. 

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex. Crim.
App. 2005); cf. Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm
the trial court's judgment. (1)

 AFFIRMED.

 _________________________________

 DAVID GAULTNEY

 Justice


Submitted on February 5, 2008

Opinion Delivered February 13, 2008 

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.

1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.